**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **RANDY CLENDENING, PAUL KLIKNO, EMMA THOMPSON, LATOYA THOMAS, BRYAN GARY, PATRICK HARRIS, CARL HARRIS, LAURYNE KERR, DEBORAH THOMPSON, STEVE CAMPBELL, DAWN BRYANT, JOHN PIKE, GREG WESSMAN, GREG WALL, and KEVIN BRUCE**, on behalf of themselves and all others who consent to become Plaintiffs and similarly situated employees, | |
| Plaintiffs, | |
| v. | Case No. 11 CV 4540 |
| **KRAFT FOODS GLOBAL, INC.**, Cadbury Division; **CADBURY SCHWEPPS AMERICAN BEVERAGES**, and **CADBURY ADAMS**, | |
| Defendants, | |

**PETITION FOR APPROVAL OF SETTLEMENT AWARD,
ATTORNEYS FEES AND COSTS,
AND DISTRIBUTION TO CLASS REPRESENTATIVES AND CLASS MEMBERS**

Now come the plaintiffs, by their attorneys Lawton & Cates, S.C. by Ginger L. Murray and James A. Olson, and petitions the Court as follows:

1. That the settlement in the amount of $1,060,352.48 be approved.

2. That the attorneys Lawton & Cates, S.C., Miner, Barnhill, and Galland, and Jennifer Olson Dolan be awarded $265,088.12 as reasonable attorneys' fees and litigation expenses. This amount includes:

   a. $179,895.25 in lodestar fees to date:
   b. $5,951.85 in expenses;

    c. $22,700 in lodestar fees after May 15, 2012
    d. A fee enhancer of 1.28 ($56,541.02)

3. That the above named 15 class representatives be awarded $1,000.00 each for services to the class.

4. That the remaining $780,264.36 be divided in accordance with paragraph 3 of the Settlement Agreement and Release of Claims and Paragraph 3 of the Notice of Class Action Settlement attached to this petition.

This petition is made on behalf of all Class Counsel and is supported by Declarations of James A. Olson and Sarah S. Siskind and a Memorandum In Support.

Dated:   May 17, 2012                      Respectfully submitted,

**LAWTON & CATES, SC**

By: _____/s/_____
Ginger L. Murray
Registration ID # ILND-GT-4057
Wis. State Bar No.: 1028352
James A. Olson
Wis. State Bar Number: 1009442
10 East Doty Street, Suite 400
P.O. Box 2965
Madison, WI 53703-2694
Telephone:   (608) 282-6200
Facsimile:    (608) 282-6252
Email: gmurray@lawtoncates.com